ACCEPTED
05-15-00622-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/15/2015 11:11:12 AM
LISA MATZ
CLERK

# EKVALL & BYRNE, L.L.P.
### ATTORNEYS AND COUNSELORS

4450 SIGMA ROAD
SUITE 100
DALLAS, TEXAS 75244

ERIK E. EKVALL
EEKVALL@EKVALLBYRNE.COM

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/15/2015 11:11:12 AM
LISA MATZ
Clerk

May 15, 2015

**<u>VIA EFILING</u>**
Ms. Lisa Matz
Clerk of the Court
Fifth Court of Appeals
600 Commerce St., Suite 200
Dallas, TX   75202

      Re:    Cause No. 05-15-00622-CV
            *In re Progressive County Mutual Insurance Company*
            Our File No. 45-340

Honorable Fifth Court of Appeals,

Relator, Progressive County Mutual Insurance Company, submits this status letter to inform the Court that it was notified this morning by telephone by the 101st District Court coordinator that the underlying proceeding is not being called to trial next week due to the Relator's pending Petition for Writ of Mandamus.  To Relator's knowledge, no formal order has been entered to that effect.

Should you need any anything further from Relator regarding this matter, we would be happy to assist.

Sincerely,

*Erik E. Ekvall*

Erik E. Ekvall
State Bar No. 06507022

EEE/mm
Encl.
cc:    Hon. Staci Williams    **<u>VIA FACSIMILE 214-413-4233</u>**
       Jill Herz    **<u>VIA FACSIMILE 214-745-1156</u>**
       Mike Bassett    **<u>VIA FACSIMILE 214-219-9456</u>**